# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Soles4Souls, Inc., | ) |
| | ) Case No. 3:08-cv-1188 |
| Plaintiff, | ) |
| | ) Judge Echols |
| v. | ) Magistrate Judge Bryant |
| | ) |
| Gleaning for the World, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Pending are Plaintiff's Renewed Applications for Default Judgment as to Defendants James Brooks and Avie Cohen (Docket Entries 84&85). Service has been made upon Defendants Brooks and Cohen and Affidavits of Military Service have been supplied (Docket Entries 84-1 & 85-1). No answer or other responsive pleading has been filed by either Defendant within the time period required by law. Accordingly, Plaintiff's motions are granted and default is hereby entered against Defendants James Brooks and Avie Cohen pursuant to Federal Rule of Civil Procedure 55(a). Plaintiff may now proceed with a motion to the Court for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court