UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOLES4SOULS, INC., )
)
    Plaintiff, )
)
    v. ) NO. 3:08-1188
) Judge Echols/Bryant
GLEANING FOR THE WORLD, et al., ) **Jury Demand**
)
    Defendants. )

## O R D E R

    The undersigned Magistrate Judge has received an undated letter from defendant James Brooks. This letter arrived in an envelope postmarked May 18, 2010, and bearing a return address of Federal Correction Institution, Big Spring, Texas 79720.

    The Clerk is directed to file this letter and a copy of the accompanying envelope for the record.

    It is so **ORDERED**.

                                      s/ John S. Bryant
                                      JOHN S. BRYANT
                                      United States Magistrate Judge