UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOLES4SOULS, INC., | ) |
| Plaintiff | ) |
| | ) Case No. 3:08-1188 |
| v. | ) Judge Campbell/Bryant/Brown |
| | ) **Jury Demand** |
| GLEANING FOR THE WORLD, INC., et al., | ) |
| Defendants | ) |

## **O R D E R**

A settlement conference was held in this matter on December 16, 2010. The parties were able to reach an agreement between the Plaintiff and Defendant Hughes and Defendant For The Kids International. These parties will be submitting appropriate papers to administratively close the case as to those two Defendants, subject to being reopened in the event of certain stated contingencies.

Counsel for Soles4Souls and Gleaning for the World are continuing settlement discussions. They are requested to advise the Magistrate Judge of their progress on or before **January 5, 2011**. The Magistrate Judge stands ready to provide further assistance to these parties should they believe it would be useful.

It is so **ORDERED:**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge