IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOLES4SOULS, INC.            )
                             )
v.                           ) NO. 3-08-1188
                             ) JUDGE CAMPBELL
GLEANING FOR THE WORLD, INC.,)
et al.                       )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 182), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Default Judgment against Defendant Brooks (Docket No. 106), Motion for Default Judgment against Defendant Cohen (Docket No. 107) and Motion for Default Judgment against Defendant Claude Halcomb (Docket No. 114) are GRANTED in part, as to liability, and TAKEN UNDER ADVISEMENT in part as to the amount of damages.[1] This matter is returned to the Magistrate Judge for a Report and Recommendation on the appropriate amount of damages.

The Court has been advised that a settlement was reached between Plaintiffs and Defendants Hughes and For the Kids International. Docket No. 165. Yet no Agreed Order of Dismissal has been submitted with regard to this settlement. By March 14, 2011, the parties shall submit an Agreed Order of Dismissal regarding this settlement or otherwise advise the Court in writing as to the status of the settlement.

---

[1] Entry of Default for these parties are found at Docket Nos. 90 and 112.

This case is set for a jury trial on May 3, 2011, and a pretrial conference on April 18, 2011, at 1:00 p.m. Docket No. 129. The parties previously represented to the Court that they consented to have the trial conducted by the Magistrate Judge. Docket No. 59, pp. 4-5. Judge Echols, to whom this case was previously assigned, reserved the portion of the parties' Motion seeking consent to go before the Magistrate Judge for trial. Docket No. 60. The parties shall advise the Court in writing, on or before March 14, 2011, whether they wish to consent to proceed before the Magistrate Judge for trial.

IT IS SO ORDERED.

*/s/ Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE