IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOLES4SOULS, INC.              )
                               )
v.                             ) NO. 3-08-1188
                               ) JUDGE CAMPBELL
GLEANING FOR THE WORLD, INC.,  )
et al.                         )

ORDER

Pending before the Court are Plaintiff's Motion for Default Judgment against Defendant David Galt (Docket No. 244), Plaintiff's Motion for Default Judgment against Defendant Judy Halcomb (Docket No. 245), a Report and Recommendation of the Magistrate Judge (Docket No. 247), and Plaintiff's Objections thereto (Docket No. 252).

Plaintiff's Motion for Default Judgment against Defendant David Galt (Docket No. 244) and Plaintiff's Motion for Default Judgment against Defendant Judy Halcomb (Docket No. 245) are GRANTED.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, judgment is entered for Plaintiff against Defendants James Brooks, Avie Cohen, Claude Halcomb, David Galt and Judy Halcomb, jointly and severally, in the total amount of $29,928.00.

1

The jury trial set for December 13, 2011, and the pretrial conference set for December 5, 2011, are canceled. Any Motion for Attorneys' Fees should be filed in accordance with Local Rule 54.01(b) of the Local Rules of Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE